**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Randolph Scott Coffman**


_____ Debtor(s).        /

**CREDITOR MATRIX COVER SHEET**

     I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 31, 2024**


                         **/s/ Gina R. Klump**
                         _____
                         Signature of Debtor's Attorney or Pro Per Debtor

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Anywhere Leads Network
Mellon Bank
Dept 10231
Palatine, IL 60055-0231

Barclays Bank Delaware
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801

Better Homes and Garden's Real Estate
175 Park Avenue
Madison, NJ 07940

Broker Risk Management
300 Diablo Road
Danville, CA 94526

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Exchange Bank
P.O. Box 760
Santa Rosa, CA 95402-0760

Jorns & Associates LLC
P.O. Box 782934
Wichita, KS 67278


L&D Management
Peter Seyranian
4144 Redwood Road
Oakland, CA 94619


Larry Doss
Ming Tree Realtors
509 J Street
Eureka, CA 95501


Marsha Holder
5886 Shelly Drive
Fulton, MO 65251


Peterson Mechanical, Inc.
21819 8th Street East
P.O. Box 450
Sonoma, CA 95476


Reology, Anywhere Network
175 Park Ave.
Madison, NJ 07940


Sebastiani Theatre Investors
4144 Redwood Road
Oakland, CA 94619


U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105